UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:23-CR-00037-01 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| DEVIN BADON (01) | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 36] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 37] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count 1 of the Indictment.

Sentencing is set for August 10, 2023, at 10:00 a.m. before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers on the 5th day of May, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE